IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VAUGHAN T. WILLIAMS,  )
       Plaintiff,  )
         )
vs  )  Civil Action No. 07-02
         )
JOHN E. POTTER, Postmaster General,  )
United States Postal Service,  )
       Defendant.  )

O R D E R

AND NOW, this 31st day of July, 2007, after the plaintiff filed an action in the above-captioned case, and after the defendant moved to strike the plaintiff's demand for a jury trial on his claim arising under the Age Discrimination in Employment Act, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the defendant's motion to strike the plaintiff's demand for a jury trial on his claim arising under the Age Discrimination in Employment Act (Docket No. 5) is granted.

United States District Judge

cc:  All Parties and Counsel of Record

     Honorable Robert C. Mitchell
     United States Magistrate Judge