IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VAUGHAN T. WILLIAMS, )
    Plaintiff, )
     )
vs ) Civil Action No. 07-02
     )
JOHN E. POTTER, Postmaster General, )
United States Postal Service, )
    Defendant. )

O R D E R

AND NOW, this 29th day of Jan, 2008, after the plaintiff filed an action in the above-captioned case, and after the defendant submitted a motion for summary judgment, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the defendant's motion for summary judgment (Document No. 19) is granted.

/s/ Lancaster
United States District Judge

cc: All Parties and Counsel of Record

Honorable Robert C. Mitchell
United States Magistrate Judge